UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW SHIRVELL,

    Plaintiff,

v.

DEBORAH GORDON,

    Defendant.
_____/

Case No.  11-14781

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS [6]

Before the Court is Defendant's Motion to Dismiss [6].  On April 16, 2012, the Court heard argument on the Motion.  Defendant requested a dismissal of Plaintiff's Tortious Interference claim. Defendant did not seek dismissal of the other two claims against her.

For the reasons stated on the record at the hearing,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss [6] is **GRANTED**.

**SO ORDERED**.

                                          s/Arthur J. Tarnow
                                          ARTHUR J. TARNOW
                                          SENIOR U.S. DISTRICT JUDGE

DATED: April 17, 2012